Matilda Yoelin, Administratrix with the Will Annexed of Estate of Michael Gorski, Deceased et al., Plaintiffs, v. John Kudla et al., Defendants. Walter Waishwell and Mary Waishwell, Intervening Petitioners After Decree, Appellees. Matilda Yoelin, Administratrix, Appellant.

Gen. No. 41,102.

opinion filed May 13, 1941; rehearing denied June 2, 1941. Estelle M. Wells, for appellant; Alex Janoski, for appellees; Norbert B. Tyrrell and Edmund J. Reynolds, of counsel. Opinion by JUSTICE SCANLAN. "Not to be published in full."